IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01572-RPM-CBS

SUSAN D'AVANZO,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION,

    Defendant.

_____

ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

    On April 18, 2011, Magistrate Judge Craig B. Shaffer filed his recommendation to deny the plaintiff's motion for partial summary judgment.  The plaintiff filed an objection to that recommendation on May 2, 2011, to which the defendant responded on May 6, 2011.  Upon review of the Magistrate Judge's recommendation and subsequent pleadings, the Court finds and concludes that the recommendation should be accepted and it is therefore

    ORDERED that the plaintiff's motion for partial summary judgment is denied.

    DATED:   June 9th, 2011

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           _____
                                           Richard P. Matsch, Senior District Judge